FILED
CLERK, U.S. DISTRICT COURT
04/14/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN W. RAMPELLO,<br><br>    Defendant. | CR 8:21-cr-00065-DOC<br><br>I N D I C T M E N T<br><br>[26 U.S.C. § 7206(1): Subscription to a False Tax Return; 26 U.S.C. § 7206(2): Aiding and Assisting in the Preparation of a False Tax Return] |

The Grand Jury charges:

COUNT ONE

[26 U.S.C. § 7206(1)]

On or about April 14, 2015, in Orange County, within the Central District of California, and elsewhere, defendant JOHN W. RAMPELLO willfully made and subscribed, and caused to be filed with the Internal Revenue Service, a materially false U.S. Individual Income Tax Return, Form 1040, for calendar year 2014, for defendant RAMPELLO and his spouse, which was verified by a written declaration that it was made under the penalties of perjury and which defendant RAMPELLO did not believe to be true and correct as to every material matter, in that such tax return reported on line 22, Total Income, that

defendant RAMPELLO and his spouse had a loss for the 2014 calendar year in the amount of $46,914, whereas, as defendant RAMPELLO then knew, this reported amount was false as it omitted substantial income earned by defendant RAMPELLO during the 2014 year from the sale of multiple real estate properties.

## COUNT TWO

## [26 U.S.C. § 7206(1)]

On or about March 30, 2016, in Orange County, within the Central District of California, and elsewhere, defendant JOHN W. RAMPELLO willfully made and subscribed, and caused to be filed with the Internal Revenue Service, a materially false U.S. Individual Income Tax Return, Form 1040, for calendar year 2015, for defendant RAMPELLO and his spouse, which was verified by a written declaration that it was made under the penalties of perjury and which defendant RAMPELLO did not believe to be true and correct as to every material matter, in that such tax return reported on line 22, Total Income, that defendant RAMPELLO and his spouse had total income for the 2015 calendar year in the amount of $28,184, whereas, as defendant RAMPELLO then knew, this reported amount was false as it omitted substantial income earned by defendant RAMPELLO during the 2015 calendar year from the sale of multiple real estate properties.

||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

COUNT THREE

[26 U.S.C. § 7206(2)]

On or about March 30, 2017, in Orange County, within the Central District of California, and elsewhere, defendant JOHN W. RAMPELLO willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040, for calendar year 2016, for defendant RAMPELLO and his spouse, which was false as to a material matter, in that such tax return reported on line 22, Total Income, that defendant RAMPELLO and his spouse had total income for the 2016 calendar year in the amount of $280,654, whereas, as defendant RAMPELLO then knew, this reported amount was false as it omitted substantial income earned by defendant RAMPELLO during the 2016 calendar year from the sale of multiple real estate properties.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

JAMES C. HUGHES
Assistant United States Attorney
Major Frauds Section